UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL J. TAYLOR,<br><br>        Petitioner,<br><br>    v.<br><br>LARRY SCRIBNER,<br><br>        Respondent. | CASE NO. CV 12-7409-CAS (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  November 19, 2014.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\Judgment.wpd